IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MURRAY HAMMOND                                              PLAINTIFF

vs.                    CASE NO. CV-2:07-2128

ULTIMATE ENGINES, LLC,
DAWN L. WAGNER and
MICHAEL D. WAGNER                                           DEFENDANTS

## AGREED ORDER

Murray Hammond, ("Hammond") the Plaintiff and Dawn L. Wagner and Michael D. Wagner, Individually ("Wagners") and on behalf of Ultimate Engines, LLC, ("Ultimate") the Defendants have reached an agreement and Order ("Agreed Order") as of December 3, 2007.

WHEREAS, this Civil Action was brought by Hammond against Ultimate and the Wagners as a result of Ultimate's default in payment of a Promissory Note in the initial amount of Four Hundred Twenty-five Thousand Dollars ($425,000) which was to be paid in monthly installments of Two Thousand Eight Hundred Five Dollars Sixty-One Cents ($2,805.61) and which has been in default since March 14, 2007.

WHEREAS, Ultimate admits the default and the balance due of Three Hundred Eighty-Six Thousand, Seventy-One Dollars Seventy-Three Cents ($386,071.73) plus interest as provided in the Note.

WHEREAS, the Promissory Note is secured by a Security Agreement granting a security interest in and to Hammond in "All equipment, furniture, inventory, and accounts receivable used or generated in connection with Borrower's business, as well as any Supplemental Type Certificates (STCs) and process specs."

WHEREAS, Wagners executed their individual Guaranty of the obligation of Ultimate to Hammond.

WHEREAS, Hammond filed this suit on November 12, 2007, and the Defendants were served on November 14, 2007.

WHEREAS, this Court has jurisdiction and venue lies in this Court.

WHEREAS, the parties enter into this Agreed Order solely to avoid expense and protracted litigation and to expeditiously resolve this matter;

NOW, THEREFORE, in consideration of the mutual promises set forth below and other good and valuable consideration, the adequacy of which is expressly acknowledged by all parties, the parties agree as follows:

1. Hammond shall release all liens and claims under the Promissory Note executed by Ultimate and the Wagners including all claims for attorney's fees and costs of collection.

2. Ultimate shall transfer and convey all right, title, interest and possession in and to the assets listed on Exhibit "1" to this Agreed Order to Hammond, free and clear of all claims, including loans, liens, security interests, and encumbrances of any kind or nature and by this Order hereby transfers all of the Defendants right, title and interest in and to the assets listed on Exhibit "1" to Hammond.

3. Hammond shall relinquish and release any and all claims Hammond might have under the Guaranty agreement executed in his favor by Dawn L. Wagner and Michael D. Wagner on April 14, 2004.

4. All parties agree to cooperate fully and to execute any and all supplementary documents and to take all additional actions that may be necessary or appropriate to give full force to the basic terms and intent of this Agreed Order and which are not inconsistent with the terms of the Agreed Order.

5. With the Court's approval of this Order, the parties release all claims, known or unknown, they may have against the other party except such claims that may arise out of the performance of this Order.

6. The parties shall bear their own fees and costs.

7. This Court shall retain jurisdiction for the purpose of enforcing this Agreed Order for a period of thirty (30) days from the date of the Order, during which time all actions set forth above shall be completed by the parties.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 1 8 2007

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK